

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00248-CV

IN THE INTEREST OF D.B. AND G.B., CHILDREN

§ On Appeal from the 235th District Court

§ of Cooke County (CV20-00209)

§ October 28, 2021

§ Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM